UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| ASHLEE BREANN USHER, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW SAUL, )<br>*Commissioner of Social Security,* )<br>)<br>Defendant. ) | **JUDGMENT**<br><br>No. 7:20-CV-83-BM |

**Decision by Court.**

**This action came before the U.S. Magistrate Judge Brian S. Meyers for consideration on defendant's motion to remand.**

**IT IS ORDERED, ADJUDGED AND DECREED that the Commissioner's decision is REVERSED and this case is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.**

This Judgment Filed and Entered on April 7, 2021 with service on:
Michael Gray Gillespie. (via CM/ECF Notice of Electronic Filing)
Gabriel R. Deadwyler (via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

/s/ Bobbie R. Horton
(By): Bobbie R. Horton, Deputy Clerk