UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JOSEPH BURL INGRAM, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | No. 7:20-CV-83 |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

**This action came before the U.S. Magistrate Judge Brian S. Meyers for consideration on the stipulation (D.E. 37) between plaintiff Ashlee Usher ("plaintiff") and defendant Commissioner of Social Security ("Commissioner") regarding plaintiff's recovery of attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).**

**IT IS ORDERED, ADJUDGED AND DECREED that the Commissioner shall pay $5,350.00 in attorney's fees associated with this case in full satisfaction of any and all claims arising under EAJA. Provided that the award to plaintiff is not subject to the Treasury Offset Program ("Program"), payment shall be made by check payable to plaintiff's counsel, Michael Gillespie, of the Law Offices of James B. Gillespie, and mailed to him at the following address: Michael Gillespie, 415 Chestnut Street, Wilmington, NC 28401. If the award is subject to the Program, the balance shall be mailed to Attorney Gillespie at the above address and the check made payable to him if allowed by the Program.**

<u>This Judgment Filed and Entered on July 14, 2021 with service on:</u>
Michael Gray Gillespie (via CM/ECF Notice of Electronic Filing)
Gabriel R. Deadwyler (Via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (Via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

/s/ Bobbie R. Horton
(By): Bobbie R. Horton, Deputy Clerk