UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| ASHLEE BREANN USHER, )<br>)<br>Plaintiff )<br>)<br>)<br>)<br>) **JUDGMENT**<br>v. )<br>) No. 7:20-CV-83-BM<br>MARTIN O'MALLEY )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | |

**Decision by Court.**

This action came before the U.S. Magistrate Judge Brian S. Meyers for consideration on the motion by plaintiff's counsel for attorneys' fees pursuant to 42 U.S.C. § 406(b) ("Section 406(b)").

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff's counsel's motion [DE-41] for approval of attorney's fees is ALLOWED in the full amount requested of $18,071.75. The Commissioner shall release to plaintiff's counsel the amount withheld from plaintiff's past-due benefits. Upon receipt of the § 406(b) fees, plaintiff's counsel shall refund to plaintiff the sum of $5,350.00, representing the fees that counsel received pursuant to the EAJA.

This Judgment Filed and Entered on October 21, 2024 with service on:

Michael Gray Gillespie (via CM/ECF Notice of Electronic Filing)

Gabriel R. Deadwyler (via CM/ECF Notice of Electronic Filing)

Cassia W. Parson (Via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

/s/ Bobbie R. Horton

(By): Bobbie R. Horton, Deputy Clerk